FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 19, 2023

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CAROL T.,[1]<br><br>                    Plaintiff,<br><br>          v.<br><br>KILOLO KIJAKAZI, Acting<br>Commissioner of Social Security,<br><br>                    Defendant. | No.    2:23-cv-00159-EFS<br><br>**ORDER GRANTING THE PARTIES'<br>STIPULATED MOTION FOR<br>REMAND PURSUANT TO<br>SENTENCE FOUR OF 42 U.S.C.<br>§ 405(g)** |

On November 22, 2023, the parties filed a Stipulated Motion for Remand.
The parties agree that the matter should be reversed and remanded to the
Commissioner of Social Security pursuant to sentence four of 42 U.S.C. § 405(g)
for further administrative proceedings.

Consistent with the parties' agreement, **IT IS HEREBY ORDERED:**

1.    The parties' Stipulated Motion to Remand, **ECF No. 15**, is

       **GRANTED.**

2.    This matter is **REVERSED** and **REMANDED** to the Commissioner

       of Social Security for further administrative proceedings pursuant to

---

[1] For privacy reasons, the Court refers to every social security plaintiff by first
name and last initial or by "Plaintiff." *See* LCivR 5.2(c).

ORDER - 1

sentence four of 42 U.S.C. § 405(g). On remand, the Appeals Council is to instruct the ALJ to:

- develop the record as needed;

- offer Plaintiff the opportunity for a new hearing;

- reconsider the RFC and, if necessary, present it to the vocational expert to resolve any conflict between the RFC and jobs identified at step five;

- reconsider Plaintiff's subjective testimony;

- reconsider Plaintiff's impairments at steps two and three;

- reconsider the medical and other evidence;

- and reconsider Plaintiff's ability to work at steps four and five.

3.    The Clerk's Office shall **TERM** the hearing and the Plaintiff's brief at **ECF No. 8**, enter **JUDGMENT** in favor of Plaintiff, and **CLOSE** the case.

**IT IS SO ORDERED.**  The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this 19th   day of December 2023.

EDWARD F. SHEA
Senior United States District Judge

ORDER - 2